# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 00-2682

_____

Jennifer O'Donnell,

        Appellant,

v.

Young Men's Christian Association
of Springfield, Missouri, doing
business as Springfield Family Y,

        Appellee.

\*
\*
\*
\*
\*   Appeal from the United States
\*   District Court for the Western
\*   District of Missouri.
\*
\*       [UNPUBLISHED]
\*
\*
\*

_____

Submitted: March 28, 2001

Filed: April 3, 2001

_____

Before RICHARD S. ARNOLD, FAGG, and BOWMAN, Circuit Judges.

_____

PER CURIAM.

Jennifer O'Donnell took three days leave from the Young Men's Christian Association (YMCA) to care for her dying mother-in-law and three days leave to attend the funeral. After the YMCA denied her request for paid leave, O'Donnell brought this lawsuit under the Family and Medical Leave Act. The district court granted summary judgment in the YMCA's favor, concluding the Act does not cover leave for in-laws, and O'Donnell did not have an objectively reasonable belief the leave was covered to support her retaliation claim. On appeal, O'Donnell asserts she had a reasonable belief

the Act covered her absence because coworkers told her the Act covers leave for in-laws. We agree with the district court that the Act does not cover O'Donnell's leave, and O'Donnell failed to show she had an objectively reasonable belief that the leave was covered. We affirm for the reasons stated by the district court.[*]

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[*]The Honorable James C. England, United States Magistrate Judge for the Western District of Missouri.